ORIGINAL

Merep_P.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-1059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 31 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00039 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT FINE |
| | ) | [18 U.S.C. § 3573] |
| PEDRO MEREP, | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid fine earlier imposed upon Defendant PEDRO MEREP and in support hereof, states as follows:

1. On May 20, 1998, sentence was imposed by this Court against Defendant PEDRO MEREP. Among other things, a $15,000.00 Fine was ordered. Interest accrues at the legal rate of 5.434 percent. The total amount owed by said Defendant is $20,742.75 which includes interest as of 3/13/2006.

2. Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, PEDRO MEREP, was deported to Palau on June 29, 2006. See Exhibit "A."

3   No valid address is available for defendant.

//

4. Upon information furnished by the U.S. Probation Office in the Presentence Investigation Report, Defendant PEDRO MEREP, does not have the ability to pay a fine.

5. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

6. The United States Attorney has determined that in light of Defendant's deportation and inability to pay, there is no reasonable likelihood that expending further efforts to collect the fine will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

76. The interests of justice mitigate in favor of remission of the unpaid fine.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid fine imposed upon Defendant.

DATED this 31st day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: MARIVIC P. DAVID
Assistant U.S. Attorney

```
        A-NUM : 090005242        LAST-NAME : MEREP
        NATLTY: PALAU            FIRST-NAME: PEDRO

   DATE-DOCKET-CLEARED: 07/10/2006      DEPART-CLEARED-STAT: 8

      TRANSFER-TO-DCO:              DATE-DOCKET-TRANSFER:

        DATE-DEPARTED: 06/29/2006        PORT-DEPARTED: NEW

      DEPART-COUNTRY: PALAU     FINAL-CHARGE: I2C    EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

EXHIBIT A